WR-64,101-07
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/11/2015 2:48:58 PM
Accepted 6/11/2015 3:05:01 PM
ABEL ACOSTA
CLERK



# DISTRICT ATTORNEY'S OFFICE
## 33ᴿᴰ & 424ᵀᴴ Judicial Districts
### COUNTIES OF
### BLANCO • BURNET • LLANO • SAN SABA

## Wiley B. McAfee
### District Attorney

RECEIVED
COURT OF CRIMINAL APPEALS
6/11/2015
ABEL ACOSTA, CLERK

June 11, 2014

Mr. Abel Acosta
Clerk of Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, TX 78711

Re:   Case No. WR-64-101-07; Ex parte Rodgey Nesby
      Art. 11.07 writ application; Trial Court #9322F; Burnet County

Dear Mr. Acosta:

Please accept this letter as our designation of Lead Counsel for the State of Texas, Appellee, in the above described case.   Lead Counsel for this case is:

Gary W. Bunyard
Assistant District Attorney
P.O. Box 725
Llano, TX 78643
(325) 247-5755 (voice)
(325) 247-5274 (fax)
g.bunyard@co.llano.tx.us
Texas State Bar No. 03353500

Sincerely,

Gary W. Bunyard
Assistant District Attorney